UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIANNE NEIDIGH,

    Plaintiff

v.

ROXANNE LORAINE SLAUGH AND DOES 1 THROUGH 10, INCLUSIVE,

    Defendants.

No. 2:16-cv-01664-MCE-GGH

**ORDER**

    Presently before the Court is Defendant ROXANNE SLAUGH's timely motion to remand the above case to the California Superior Court for the County of El Dorado, based on a defect in her initial removal procedure. Defendant originally removed the case under 28 USC § 1332 based on diversity of citizenship between the parties (ECF No. 1). As Defendant explains in her unopposed motion, however, because Defendant is a citizen of California, such removal was improper under 28 USC § 1441(b)(2) (more commonly known as the "forum defendant rule").

///

///

///

///

///

Order      1

1  Good cause having been shown, the Court hereby GRANTS Defendant's motion
2 (ECF No. 4).  The Clerk of the Court is directed to remand this case to the originating
3 state court, the Superior Court of California, County of El Dorado, for final adjudication
4 and to close this case.
5  IT IS SO ORDERED.

Dated:  November 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE